UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID CHAVES,

      Plaintiff,

v.                                      Case No: 2:12-cv-593-FtM-38CM

ZIMMER, INC., ZIMMER
HOLDINGS, INC. and ZIMMER
ORTHOPAEDIC SURGICAL
PRODUCTS, INC.,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. Plaintiff David Chaves filed a complaint against Defendants Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic [sic] Surgical Products, Inc. on October 31, 2012. (Doc. #1). Then on November 14, 2012, this matter was transferred to the Judicial Panel on Multidistrict Litigation (MDL) to join other similarly situated cases. (Doc. #4). Accordingly, the United States District Court for the Northern District of Illinois reviewed the transferred matter to coordinate or consolidate pretrial proceedings pursuant to 28 U.S.C. § 1407. See 802 F. Supp. 2d 1374 (J.P.M.L. 2011). Later on October 27, 2014, the MDL issued a Conditional Remand Order requiring the parties pursuant to Rule 10.4(a) of the Rules of Procedure of the MDL to furnish the Clerk for the Northern District of Illinois with a stipulation or

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

designation of the contents of the record to be remanded. ([Doc. #8](Doc. #8)). Thereafter, this matter was reassigned to the undersigned. (Doc. #9).

Upon review of the record and the need to effectuate judicial efficiency, the parties shall: (1) jointly provide a synopsis of the underlying MDL proceeding; (2) jointly provide a status as to whether the parties have provided a stipulation or designation of the contents of the record to be remanded to the Clerk for the Northern District of Illinois; and (3) meet and confer to provide a joint proposed scheduling order, including trial date, of this matter. The parties shall provide this information no later than **December 8, 2014.** Plaintiff is directed to supply a copy of this Order to Defendants as Defendants have not appeared on the instant docket yet.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of November, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record