UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID CHAVES,

    Plaintiff,

v.                                    Case No: 2:12-cv-593-FtM-38CM

ZIMMER, INC., ZIMMER
HOLDINGS, INC., ZIMMER
SURGICAL, INC.,
WILSON/PHILLIPS HOLDINGS,
INC., ORTHOPAEDIC
TECHNOLOGIES, LLC, K.
MICHAEL, ZIMMER
ORTHOBIOLOGICS, INC. and
ZIMMER US, INC.,

    Defendants.

## ORDER

Before the Court is the parties' Joint Motion to Extend Deadlines in Case Management and Scheduling Order (Doc. 46), filed on November 19, 2015. The parties seek to extend the deadlines in the Case Management and Scheduling Order by approximately 90 days. Doc. 46 at 2. As grounds, the parties state that due to the Court's recent ruling allowing Defendants until November 20, 2015 to provide their expert disclosures, the parties need additional time to conduct the depositions of six experts. *Id.* at 1. While the Court finds good cause to grant the motion, the Court is not inclined extend all of the deadlines by 90 days. The Court, however, will extend the discovery, mediation and dispositive motions, *Daubert* and *Markman* motions by 60 days. The Court will not extend the trial deadline.

ACCORDINGLY, it is hereby

**ORDERED:**

1.      Joint Motion to Extend Deadlines in Case Management and Scheduling Order (Doc. 46) is **GRANTED in part**.

2.      The discovery deadline is extended to **March 4, 2016**.  The mediation deadline is extended to **March 18, 2016**.  This dispositive motion deadline is extended to **April 1, 2016**.  All other deadlines and directives in the Case Management and Scheduling Order (Doc. 20) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record